| | |
|---|---|
| GRETCHEN C. von HELMS<br>ATTORNEY AT LAW<br>California State Bar No. 156518<br>105 West "F" Street, Third Floor<br>San Diego, California 92101-6036<br>Telephone (619) 239-1199 | **ORIGINAL** FILED<br>2006 SEP -1  PM 2: 29<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable BARRY TED MOSKOWITZ, Judge)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GANDAJI N. CHAVDA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case 04cr2363<br><br>STIPULATION RE: MODIFICATION<br>OF PROBATION TRAVEL RESTRICTIONS<br>AND ORDER THEREON |

**IT IS HEREBY STIPULATED** and agreed by and between defendant GANDAJI N. CHAVDA, by and through his counsel Gretchen C. von Helms, and the UNITED STATES OF AMERICA, by and through its attorneys, Carol C. Lam, United States Attorney, and Melanie Pierson, Assistant United States Attorney, that defendant GANDAJI N. CHAVDA probation travel restrictions be modified to allow him open travel to India with prior notification to his probation officer.

Defendant needs to travel to India for business purposes. Probation Officer Joe Royston in Chicago, telephone number (630) 663-1087 has no objection to this request.

\ \ \

\ \ \

1  Stipulation Re: Modification of Bond Travel Restrictions and Order Thereon
2  U.S.A. v Gandaji N. Chavda, Criminal Case No. 04cr2363
=================================================================

3      The parties hereby stipulate and agree to the foregoing:

4  **SO STIPULATED AND AGREED.**

6  Dated: September 1, 2006

   _____
   GRETCHEN C. von HELMS
7  Attorney for Defendant Chavda
   with permission and at the request of Gretcha Von Helms,
8  Dated: September 1, 2006
   UNITED STATES OF AMERICA who is out of the district

10 _____
   MELANIE PIERSON
11 Assistant United States Attorney

13              **ORDER**

14     IT IS HEREBY ORDERED that, based upon the foregoing stipulation, defendant Gandaji N.
15 Chavda, travel restrictions be modified to allow him open travel to India with prior notification to his
16 probation officer.

17     **SO ORDERED.**

20 Dated: 9-1-06

   _____
   Honorable BARRY TED MOSKOWITZ
21 United States Magistrate Judge

28                    2                                    04cr2363