# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case 04cr2363-BTM |
| Plaintiff, | ORDER |
| v. | |
| GANDAJI N. CHAVDA, | |
| Defendant. | |

IT IS HEREBY ORDERED that, based upon the foregoing motion, defendant Gandaji N. Chavda, travel restrictions be modified to allow him open travel to Canada between the dates of March 28, 2007 and May 29, 2007, with prior notification to his probation officer.

**SO ORDERED.**

DATED: March 28, 2007

*/s/ Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge